```
RICHARD L. CHARNLEY (SBN 70430)
ERNEST E. PRICE (SBN 164534)
ARNOLD E. SKLAR (SBN 051595)
TOMAS A. BURGOS III (SBN 193434)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA  90071
Telephone:  (213) 312-2000
Facsimile:   (213) 312-2001
rcharnley@rmkb.com
eprice@rmkb.com
asklar@rmkb.com
tburgos@rmkb.com
```

Attorneys for Defendants
XENON PICTURES, INC. AND CKRUSH, INC.

```
JEFFERY J. DAAR (SBN 105536)
PETRA KORN (SBN 237100)
DAAR & NEWMAN, a Professional Law Corp.
865 South Figueroa Street, Suite 2300
Los Angeles, CA  90017
jdaar@daarnewman.com
pkorn@daarnewman.com
```

Attorneys for Plaintiff
AMIR CYRUS AHANCHIAN

**FILED** CLERK, U.S. DISTRICT COURT
NOV 30 2007
CENTRAL DISTRICT OF CALIFORNIA

**DENIED** BY ORDER OF
UNITED STATES DISTRICT JUDGE
ON 11/30/07

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR CYRUS AHANCHIAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>XENON PICTURES, INC., a California corporation; CKRUSH, INC., a Delaware corporation; SAM MACCARRONE, an individual; and DOES 1 through 10,, inclusive,,<br><br>　　　　Defendants. | Case No.  CV 07-06295 JFW (Ex)<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>*The Honorable John F. Walter* |

WHEREAS:

1. The law firm of ROPERS, MAJESKI, KOHN & BENTLEY has recently substituted in as defense counsel for Xenon Pictures, Inc. and has been appointed counsel to defend the remaining Defendants;

2. The law firm of ROPERS, MAJESKI, KOHN & BENTLEY requires time to determine if there are any potential or actual conflicts in its representation of all the Defendants in the instant litigation;

3. The law firm of ROPERS, MAJESKI, KOHN & BENTLEY is attempting to locate the Defendants in the instant litigation;

4. As part of the above determination, ROPERS, MAJESKI, KOHN & BENTLEY is investigating whether it can accept service of the complaint in the instant litigation on behalf of Defendants Sam Maccarone and Preston Lacy and will endeavor to inform Plaintiff's counsel regarding the service issue by December 7, 2007.

IT IS HEREBY STIPULATED by and between Plaintiff AMIR CYRUS AHANCHIAN and Defendants XENON PICTURES, INC., and CKRUSH, INC:

1. A 26-day extension to file a responsive pleading to the complaint filed by Plaintiff will be granted to Ckrush, Inc. as to make such responsive pleading due on or before December 21, 2007.

2. That all Rule 26 dates that have been triggered by the answer filed by Defendant Xenon Pictures, Inc. will be continued to the dates otherwise triggered by the responsive pleading filed by Defendant, Ckrush, Inc.

3. That the Scheduling Conference, set for January 7, 2008, at 8:30 a.m., be continued to February 4, 2008, at 8:30 a.m.

///
///
///
///

4.      That the date to file a Joint Rule 26(f) Report and a ADR Pilot Program Questionnaire currently set for on or before December 21, 2007, be continued to January 14, 2008.

Dated: November __, 2007        ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
RICHARD L. CHARNLEY
ERNEST E. PRICE
ARNOLD E. SKLAR
TOMAS A. BURGOS III
Attorneys for Defendants
XENON PICTURES, INC. AND
CKRUSH, INC.

Dated: November __, 2007        DAAR & NEWMAN

By: _____
JEFFERY J. DAAR
PETRA KORN
Attorneys for Plaintiff
AMIR CYRUS AHANCHIAN

WHEREAS, good cause has been shown, the terms agreed to by the parties in the Stipulation are hereby ordered.

_____
Honorable John F. Walter

11/30/07
Denied — w/o substitution of atty on file of counsel this m. order re Violation ct's m. order dated 11/7/07 re E-Filings.

RC1/5034794.1/AA2
DRAFT 11/28/07 02:30 PM

- 3 -

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT

**CASE NAME:** *Ahanchian v. Xenon Pictures, Inc., et al.*
**ACTION NO:** U.S. District Court, Central District, Case No. CV 07-06295 JFW (Ex)

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 515 South Flower Street, Suite 1100, Los Angeles, CA 90071. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT**

on the following attorney(s):

**SEE ATTACHED SERVICE LIST**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s):

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☒ *(Federal)* I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 29, 2007, at Los Angeles, California.

_____
Arnette M. Ames

RCI/5035343.1/AA2

**PROOF OF SERVICE**

| | |
|---|---|
| CASE NAME: | *Ahanchian v. Xenon Pictures, Inc., et al.* |
| ACTION NO: | U.S. District Court, Central District, Case No. CV 07-06295 JFW (Ex) |

### SERVICE LIST

Jeffery J. Daar  
Petra Korn  
Daar & Newman, a Professional Law Corp.  
865 South Figueroa Street, #2300  
Los Angeles, CA  90017-2565  
Telephone: (213) 892-0999  
Facsimile:

Attorneys for Plaintiff Amir Cyrus Ahanchian.

Leonard S. Machtinger  
Kenoff & Machtinger  
1901 Avenue of the Stars, #1775  
Los Angeles, CA  90067  
Telephone: (310) 277-0653  
Facsimile: (310) 207-6550

Attorneys for Defendant Xenon Pictures, Inc.

RC1/5035343.1/AA2

- 2 -

PROOF OF SERVICE