Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AMIR CYRUS AHANCHIAN,

Plaintiff,

v.

XENON PICTURES, INC., a
California corporation; CKRUSH,
INC., a Delaware corporation; SAM
MACCARONE, an individual;
PRESTON LACY, an individual; and
DOES 1 through 10,, inclusive,

Defendants.

Case No.  CV 07-06295 JFW (Ex)

**ORDER FOR STIPULATED
PROTECTIVE ORDER**

WHEREAS, good cause has been shown, the terms agreed to by the parties in the Stipulation are hereby ordered.

March 12, 2008            _____/s/__ Charles F. Eick_____

United States Magistrate Judge