JEFFERY J. DAAR (SBN 105536)
jdaar@daarnewman.com
PETRA KORN (SBN 237100)
pkorn@daarnewman.com
DAAR & NEWMAN
A Professional Law Corporation
865 South Figueroa Street, Suite 2300
Los Angeles, CA 90017-2565
Telephone: (213) 892-0999

Attorneys for Plaintiff
AMIR CYRUS AHANCHIAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR CYRUS AHANCHIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>XENON PICTURES, INC., a California corporation; CKRUSH, INC., a Delaware corporation; SAM MACCARONE, an individual; PRESTON LACY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 07-06295 JFW (Ex)<br><br>*The Honorable John F. Walter*<br><br>EX PARTE APPLICATION FOR AN ORDER CONTINUING THE HEARING DATE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION FOR TERMINATING SANCTIONS AND CONTEMPORANEOUS CONTINUANCE OF THE DUE DATES OF PLAINTIFF'S OPPOSITIONS AND DEFENDANTS' REPLIES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF PETRA KORN<br><br>Discovery cutoff date: 09/02/2008<br>Motion cutoff date: 09/15/2008<br>Pretrial conference: 11/07/2008<br>Trial date: 11/18/2008 |

Plaintiff AMIR CYRUS AHANCHIAN ("Plaintiff") hereby applies, Ex Parte, for the issuance of an Order continuing, for one week, the hearing date of Defendants' Motion for Summary Judgment and Defendants' Motion for Terminating Sanctions and for a contemporaneous continuance of the due dates of Plaintiff's Oppositions and Defendants' Replies by one week.

1

EX PARTE APPLICATION - HEARING CONTINUANCE

This Ex Parte Application is made pursuant to Local Rule 7-19 of the Central District of California and the interests of justice on the following grounds:

1.  On August 25, 2008, Defendants CKRUSH, INC., SAM MACCARONE, PRESTON LACY and XENON PICTURES, INC. filed and served: (1) a Motion for Summary Judgment; and (2) a Motion for Terminating Sanctions. Both motions and accompanying papers consist of approximately one-thousand (1000) pages including exhibits.

2.  Good cause exists to continue the hearing date of Defendants' Motion for Summary Judgment and Motion for Terminating Sanctions, and to contemporaneously continue the due dates of Plaintiff's Oppositions and Defendant's Replies by one week.

3.  Lead counsel for Plaintiff has been out of state on a planned trip since August 25, 2008, is not able to provide the assistance and background knowledge needed for Plaintiff to adequately respond to Defendants' motions, and will not return to the office until September 2, 2008.

4.  Plaintiff Amir Cyrus Ahanchian's is out of town over the Labor Day weekend and will first be available to assist counsel in the preparation of his Declarations in opposition to Defendants' motions on September 2, 2008.

5.  On August 26 and 27, 2008, Plaintiff and this Declarant prepared for and took the deposition of the Person Most Knowledgeable at Defendant Xenon Pictures, Inc.

6.  Defendants waited until the last minute to file their motions, and filed and served their voluminous motions four days prior to the Holiday weekend, knowing that there was a deposition scheduled in this action by Plaintiff for August 27, 2008, and the deposition of plaintiff scheduled by Defendant Xenon Pictures, Inc. for August 29, 2008, both of which also required extensive preparation.

///
///


7. Plaintiff's opposition papers are currently due on September 4, 2008. With Plaintiff's lead counsel being out of town, and not returning until two days prior to the due date of Plaintiff's Opposition, and Plaintiff being unavailable until September 2, 2008, and the other matters described herein, Plaintiff requires one additional week to prepare the opposition papers to Defendants' voluminous motions.

8. On August 28, 2008, counsel for Plaintiff provided counsel for Defendants with a proposed Stipulation proposing a one week continuance of the hearing of Defendants' motions, and proposed a contemporaneous continuance of the due dates of Plaintiff's Oppositions and Defendant's Replies, and requested Defendants to execute the proposed Stipulation. Counsel for Defendants, at 4:50 p.m., arbitrarily refused to execute the proposed Stipulation, thus prompting Plaintiff to file this Ex Parte Application.

9. A continuance of the hearing date on Defendants' Motion for Summary Judgment and Motion for Terminating Sanctions, and a contemporaneous continuance of the due dates of Plaintiff's Oppositions and Defendant's Replies will provide Plaintiff's counsel with the time necessary to review Defendant's motion papers and prepare Plaintiff's Oppositions to Defendants' motions.

10. No party will suffer any prejudice if the Court continues the hearing date of Defendants' motions and the due dates of Plaintiff's Oppositions and Defendants' Replies by one week.

///
///
///
///
///
///

1  This Ex Parte Application is based upon this Notice; the Memorandum of
2  Points and Authorities; the attached Declaration of Petra Korn; the papers and
3  pleadings on file in this action; and upon such evidence as may be presented at the
4  time of the hearing.

6  **DATED:** August 29, 2008         JEFFERY J. DAAR
                                      PETRA KORN
                                      DAAR & NEWMAN
7                                     A Professional Law Corporation

                                      By: _____
                                          PETRA KORN
                                      Attorneys for Plaintiff
                                      AMIR CYRUS AHANCHIAN

## MEMORANDUM OF POINTS AND AUTHORITIES

I. **STATEMENT OF FACTS**

In order to obtain a continuance of the hearing date of a motion, Local Rule 7-11 of the Central District of California requires a Stipulation of the parties, providing the date the opposition and reply papers are due.

On August 28, 2008, counsel for Plaintiff provided all Defendants with a proposed Stipulation. (See Declaration of Petra Korn, ¶10.)

Defendants arbitrarily refused to execute the proposed Stipulation.

Good cause exists for a one week continuance of the hearing date on Defendants' Motion for Summary Judgment and Motion for Terminating Sanctions, and for a contemporaneous continuance of the due dates of Plaintiff's Oppositions and Defendants' Replies. See Declaration of Petra Korn.

No party will suffer any prejudice if the Court continues the hearing date of Defendants' motions and the due dates of Plaintiff's Oppositions and Defendants' Replies by one week.

II. **CONCLUSION**

For the foregoing reasons, and as set forth in the attached Declaration, the Court is requested to grant, in all respects, this Ex Parte Application, and enter the proposed Order continuing the hearing date of Defendants' motions, and a contemporaneous continuance of the due dates of Plaintiff's Oppositions and Defendant's Replies by one week.

Dated: August 29, 2008

JEFFERY J. DAAR
PETRA KORN
DAAR & NEWMAN
A Professional Law Corporation

By: /s/ P. Korn
PETRA KORN
Attorneys for Plaintiff
AMIR CYRUS AHANCHIAN

5

EX PARTE APPLICATION - HEARING CONTINUANCE

DAAR & NEWMAN

## DECLARATION OF PETRA KORN

I, PETRA KORN, declare as follows:

1. I am an attorney at law duly licensed to practice before the courts in the State of California. I am an associate of the firm of Daar & Newman, a Professional Law Corporation, and I am counsel of record for Amir Cyrus Ahanchian ("Ahanchian"), an individual, in the above-captioned litigation.

2. If called upon I could and would testify to the following facts of my own personal knowledge.

3. On August 25, 2008, Defendants CKRUSH, INC., SAM MACCARONE, PRESTON LACY and XENON PICTURES, INC. filed and served: (1) a Motion for Summary Judgment; and (2) a Motion for Terminating Sanctions. Both motions and accompanying papers consist of approximately one-thousand (1000) pages including exhibits.

4. Defendants' waited until the last minute to file their motions and filed and served their voluminous motions four days prior to the Holiday weekend, knowing that there were depositions scheduled in this actions by Plaintiff for August 27, 2008, and by Defendant Xenon Pictures, Inc. for August 29, 2008, which also required extensive preparation.

5. Lead counsel for Plaintiff, Jeffery J. Daar, has been out of state on a planned trip since August 25, 2008, is not able to provide the assistance and background knowledge needed for Plaintiff to adequately respond to Defendants' motions, and will not return to the office until September 2, 2008.

6. Plaintiff Amir Cyrus Ahanchian's is out of town over the Labor Day weekend, and will first be available to assist counsel in the preparation of his Declarations in opposition to Defendants' motions on September 2, 2008.

7. On August 26, 2008, I prepared with Plaintiff for the deposition of the Person Most Knowledgeable at Defendant Xenon Pictures, Inc., and on August 27,

6
EX PARTE APPLICATION - HEARING CONTINUANCE

Daar & Newman

1  2008 I took the deposition of the Person Most Knowledgeable at Defendant Xenon
2  Pictures, Inc.
3      8.  Plaintiff's deposition was scheduled for August 29, 2008, but was
4  continued by Defendant Xenon Pictures, Inc. at 5:14 p.m. on August 26, 2008 "to a
5  date to be determined."
6      9.   Plaintiff's opposition papers are currently due on September 4, 2008.
7  With Plaintiff's lead counsel being out of town, and not returning until two days
8  prior to the due date of Plaintiff's Opposition, and Plaintiff being unavailable until
9  September 2, 2008, and the other matters described herein, Plaintiff requires one
10 additional week to prepare the opposition papers to Defendants' voluminous
11 motions.
12     10.  On August 28, 2008, I provided counsel for Defendants with a
13 proposed Stipulation, explaining the reasons for the one week continuance, and
14 proposed the following terms:
15         a.  The last day for hearing motions in this action may be continued
16 from September 15, 2008 to September 22, 2008.
17         b.  The date for the hearing on Defendants' Motion for Summary
18 Judgment and Motion for Terminating Sanctions may be continued from
19 September 15, 2008 to September 22, 2008.
20         c.  The due date for Plaintiff's opposition papers to Defendants'
21 motions may be continued from September 4, 2008 to September 11, 2008.
22         d.  The due date for Defendants' reply papers is continued from
23 September 8, 2008 to September 15, 2008.
24     11.  On August 28, 2008, at 4:50 p.m., counsel for Defendants arbitrarily
25 refused to execute the proposed Stipulation, thus prompting Plaintiff to file this Ex
26 Parte Application.
27     12.  A continuance of the hearing date on Defendants' Motion for
28 Summary Judgment and Motion for Terminating Sanctions, and a

7

EX PARTE APPLICATION - HEARING CONTINUANCE

Daar & Newman

contemporaneous continuance of the due dates of Plaintiff's Oppositions and Defendant's Replies will provide Plaintiff's counsel with the time necessary to review Defendant's motion papers and prepare Plaintiff's oppositions to Defendants' motions.

13. On August 28, 2008, I gave notice to counsel of record for Defendant Xenon Pictures, Inc., Defendant Ckrush, Inc., Defendant Sam Maccarone, and Defendant Preston Lacy in the above captioned action of this Ex Parte Application by Ahanchian to continue the hearing dates of Defendants' Motion for Summary Judgment and Defendants' Motion for Terminating Sanctions.

14. No party will suffer any prejudice if the Court continues the hearing date on Defendants' motions and contemporaneously continues the due dates of Plaintiff's Oppositions and Defendants' Replies by one week.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 29, 2008

_____
PETRA KORN, Declarant

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 865 South Figueroa St., Suite 2300, Los Angeles, CA 90017-2565.

On August 29, 2008, I served the foregoing document(s) described as **EX PARTE APPLICATION FOR AN ORDER CONTINUING THE HEARING DATE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION FOR TERMINATING SANCTIONS AND CONTEMPORANEOUS CONTINUANCE OF THE DUE DATES OF PLAINTIFF'S OPPOSITIONS AND DEFENDANTS' REPLIES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF PETRA KORN** on the interested parties to this action who are listed on the attached Service List.

☒ **BY U.S. MAIL:** By enclosing the documents in a sealed envelope(s) or package(s) addressed to the persons at the addresses on the attached Service List, with postage thereon fully prepaid and:

  ☒ Deposited them with the United States Postal Service at Los Angeles, California.
  ☐ Placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at Los Angeles, California.

☐ **BY HAND:** By personally delivering a true copy thereof in sealed envelope(s) to the persons listed on the attached Service List. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY TELECOPY:** Based on an agreement of the parties to accept service by fax transmission, by transmitting a true copy thereof via telecopy machine to the persons listed on the attached Service List. No error was reported by the telecopy machine that I used.

☐ **BY OVERNIGHT (Overnight Express®):** By placing a true copy thereof in a sealed envelope(s) or package(s) provided by Overnight Express®, addressed to the persons listed on the attached Service List, and with written instructions for "next-day" delivery. I placed the envelope(s) or package(s) to be collected for delivery at a regularly-utilized Overnight Express® drop box.

☐ **BY E-MAIL/ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, by transmitting a true copy thereof I caused the documents to be sent to the persons at the e-mail addresses listed on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, and that I am employed in the office of a member of the Bar of this Court at whose discretion this service was made.

Executed on August 29, 2008 at Los Angeles, California.

R. D. Hayes

## SERVICE LIST

RICHARD L. CHARNLEY, ESQ.
ERNEST E. PRICE, ESQ.
ARNOLD E. SKLAR, ESQ.
TOMAS A. BURGOS III, ESQ.
Ropers, Majeski, Kohn & Bentley
515 South Flower Street
Suite 1100
Los Angeles, CA 90071
FAX: 213/312-2001

LEONARD S. MACHTINGER, ESQ.
Kenoff & Machtinger, LLP
1901 Avenue of the Stars
Suite 1775
Los Angeles, CA 90067
FAX: 310/277-0653

EX PARTE APPLICATION - HEARING CONTINUANCE

DAAR & NEWMAN