UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR CYRUS AHANCHIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>XENON PICTURES, INC., a California corporation; CKRUSH, INC., a Delaware corporation; SAM MACCARONE, an individual; PRESTON LACY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 07-06295 JFW (Ex)<br><br>*The Honorable John F. Walter*<br><br>[PROPOSED] ORDER RE: EX PARTE APPLICATION FOR AN ORDER CONTINUING THE HEARING DATE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION FOR TERMINATING SANCTIONS AND CONTEMPORANEOUS CONTINUANCE OF THE DUE DATES OF PLAINTIFF'S OPPOSITIONS AND DEFENDANTS' REPLIES<br><br>Discovery cutoff date: 09/02/2008<br>Motion cutoff date: 09/15/2008<br>Pretrial conference: 11/07/2008<br>Trial date: 11/18/2008 |

///

///

///

1.

[PROPOSED] ORDER

The Court, having reviewed the papers, including the Ex Parte Application by Plaintiff Amir Cyrus Ahanchian, the Memorandum of Points and Authorities, and the Declaration of Petra Korn, finding good cause, hereby makes the following Orders:

1. The last day for hearing motions in this action is continued from September 15, 2008 to September 22, 2008.

2. The date for the hearing on Defendants' Motion for Summary Judgment and Motion for Terminating Sanctions is continued from September 15, 2008 to September 22, 2008.

3. The due date for Plaintiff's opposition papers to Defendants' motions is continued from September 4, 2008 to September 11, 2008.

4. The due date for Defendants' reply papers is continued from September 8, 2008 to September 15, 2008.

Dated: August ___, 2008

_____
Honorable John F. Walter
United States District Court Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 865 South Figueroa St., Suite 2300, Los Angeles, CA 90017-2565.

On August 29, 2008, I served the foregoing document(s) described as **[PROPOSED] ORDER RE: EX PARTE APPLICATION FOR AN ORDER CONTINUING THE HEARING DATE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION FOR TERMINATING SANCTIONS AND CONTEMPORANEOUS CONTINUANCE OF THE DUE DATES OF PLAINTIFF'S OPPOSITIONS AND DEFENDANTS' REPLIES** on the interested parties to this action who are listed on the attached Service List.

☒ **BY U.S. MAIL:** By enclosing the documents in a sealed envelope(s) or package(s) addressed to the persons at the addresses on the attached Service List, with postage thereon fully prepaid and:

☒ Deposited them with the United States Postal Service at Los Angeles, California.

☐ Placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at Los Angeles, California.

☐ **BY HAND:** By personally delivering a true copy thereof in sealed envelope(s) to the persons listed on the attached Service List. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY TELECOPY:** Based on an agreement of the parties to accept service by fax transmission, by transmitting a true copy thereof via telecopy machine to the persons listed on the attached Service List. No error was reported by the telecopy machine that I used.

☐ **BY OVERNIGHT (Overnight Express®):** By placing a true copy thereof in a sealed envelope(s) or package(s) provided by Overnight Express®, addressed to the persons listed on the attached Service List, and with written instructions for "next-day" delivery. I placed the envelope(s) or package(s) to be collected for delivery at a regularly-utilized Overnight Express® drop box.

☐ **BY E-MAIL/ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, by transmitting a true copy thereof I caused the documents to be sent to the persons at the e-mail addresses listed on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, and that I am employed in the office of a member of the Bar of this Court at whose discretion this service was made.

Executed on August 29, 2008 at Los Angeles, California.

R. D. Hayes

## SERVICE LIST

RICHARD L. CHARNLEY, ESQ.
ERNEST E. PRICE, ESQ.
ARNOLD E. SKLAR, ESQ.
TOMAS A. BURGOS III, ESQ.
Ropers, Majeski, Kohn & Bentley
515 South Flower Street
Suite 1100
Los Angeles, CA 90071
FAX: 213/312-2001

LEONARD S. MACHTINGER, ESQ.
Kenoff & Machtinger, LLP
1901 Avenue of the Stars
Suite 1775
Los Angeles, CA 90067
FAX: 310/277-0653