JEFFERY J. DAAR (SBN 105536)
jdaar@daarnewman.com
PETRA KORN (SBN 237100)
pkorn@daarnewman.com
DAAR & NEWMAN
A Professional Law Corporation
865 South Figueroa Street, Suite 2300
Los Angeles, CA 90017-2565
Telephone: (213) 892-0999

Attorneys for Plaintiff
AMIR CYRUS AHANCHIAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR CYRUS AHANCHIAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>XENON PICTURES, INC., a California corporation; CKRUSH, INC., a Delaware corporation; SAM MACCARONE, an individual; PRESTON LACY, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 07-06295 JFW (Ex)<br><br>*The Honorable John F. Walter*<br><br>EX PARTE APPLICATION FOR LEAVE TO FILE LATE-FILED OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT AND MOTION FOR TERMINATING SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND DECLARATION OF PETRA KORN IN SUPPORT THEREOF<br><br>Discovery cutoff date: 09/02/2008<br>Motion cutoff date: 09/15/2008<br>Pretrial conference: 11/07/2008<br>Trial date: 11/18/2008 |

　　　Plaintiff AMIR CYRUS AHANCHIAN hereby applies for leave to file the concurrently-filed Opposition to defendants' Motion for Summary Judgment in this action and the Opposition to defendants Motion for Terminating Sanctions filed on September 3, 2008.

　　　This Ex Parte Application is made in the interest of justice on the following grounds:

1

EX PARTE APPLICATION-POINTS AND AUTHORITIES-KORN DECLARATION

1. Plaintiff's counsel erroneously believed that the date for filing the opposition to defendants' Motion for Summary Judgment and Motion for Terminating Sanctions was September 4, 2008. This counsel filed an ex parte application for an extension of time to file oppositions setting forth the September 4, 2008 response date. This response date was in error.

2. This counsel had intended to file the opposition to plaintiff's Motion for Summary Judgment on September 4, 2008, but due to technical computer circumstances beyond control, was unable to do so until September 5, 2008. The opposition to the Motion for Terminating Sanctions was previously filed on September 3, 2008.

3. Defendants filed a massive Motion for Summary Judgment on the last permitted date, along with a second motion, also filed on the last permitted date. Counsel that made this error was responsible for preparing oppositions to both motions.

4. Plaintiff has valid grounds for opposing the Motion for Summary Judgment and the +Motion for Terminating Sanctions. Both of the motions at issue are motions that seek forfeiture of important rights of plaintiff. Plaintiff should not incur any prejudice as a result of the error of counsel.

This Ex Parte Application is based upon this Notice; the attached Memorandum of Points and Authorities; the attached Declaration of Petra Korn; and the papers and pleadings on file in this action.

DATED: September 5, 2008

JEFFERY J. DAAR
PETRA KORN
DAAR & NEWMAN
A Professional Law Corporation

By: _____
PETRA KORN
Attorneys for Plaintiff
AMIR CYRUS AHANCHIAN

## MEMORANDUM OF POINTS AND AUTHORITIES

The Court is respectfully requested to excuse the late filing of the opposition to the Motion for Terminating Sanctions and the opposition to the Motion for Summary Judgment by the defendants in this action. The Court has the inherent power to excuse a party's failure to comply with Local Rules.

In consideration of fairness to the plaintiff for his valid oppositions to be considered, and in order to avoid forfeiture of important rights of plaintiff, the Court is respectfully requested to permit leave to file the late opposition to the Motion for Summary Judgment and the earlier-filed opposition to the Motion for Terminating Sanctions. (See *Somlyo v. J. Lu-Rob Enterprises, Inc.*, 932 F.2d 1043, 1049 (2nd Cir. 1991); *Phoenix Global Ventures, LLC v. Phoenix Hotel Assocs., Ltd.*, 422 F.3d 72, 76 (2nd Cir. 2005); *Feldman v. Allstate Ins. Co.*, 322 F3d 660, 665-666 (9th Cir. 2003).

Dated: September 5, 2008

JEFFERY J. DAAR
PETRA KORN
DAAR & NEWMAN
A Professional Law Corporation

By: _____
PETRA KORN
Attorneys for Plaintiff
AMIR CYRUS AHANCHIAN

## DECLARATION OF PETRA KORN

I, PETRA KORN, declare as follows:

1. I am an attorney at law duly licensed to practice before the courts in the State of California. I am an associate of the firm of Daar & Newman, a Professional Law Corporation, and I am counsel of record for plaintiff Amir Cyrus Ahanchian in the above-captioned litigation. If called upon, I could and would testify to the following facts of my own personal knowledge.

2. I am the attorney for plaintiff who is responsible for preparing the oppositions to the defendants' Motion for Summary Judgment and defendant's Motion for Terminating Sanctions. I erroneously believed that the filing date for the oppositions to both of these motions was September 4, 2008. I had previously filed with the Court an ex parte application on August 28, 2008, seeking an extension to file oppositions to both of these motions, in which I had stated, in the ex parte application, that the filing date for the oppositions was September 4, 2008.

3. The opposition to the Motion for Terminating Sanctions was filed on September 3, 2008.

4. Due to technical computer circumstances beyond my control, the opposition to the Motion for Summary Judgment was unable to be filed until this date, September 5, 2008.

5. I now understand that the oppositions to both of these motions were due on or about September 2, 2005.

6. I believe that plaintiff has valid grounds for opposition to both of these motions. Both of these motions were voluminous and filed on the last possible date for them to be filed.

7. I do not want my error in determining the date for the oppositions to be filed to prejudice the rights of plaintiff in having his opposition to both these

///

///

motions considered by the Court. I respectfully request that the Court excuse the late filing of the oppositions and to consider them.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 5, 2008

                                                    PETRA KORN, Declarant

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 865 South Figueroa St., Suite 2300, Los Angeles, CA 90017-2565.

On September 5, 2008, I served the foregoing document(s) described as **EX PARTE APPLICATION FOR LEAVE TO FILE LATE-FILED OPPOSITIONS TO MOTION FOR SUMMARY JUDGMENT AND MOTION FOR TERMINATING SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND DECLARATION OF PETRA KORN IN SUPPORT THEREOF** on the interested parties to this action who are listed on the attached Service List.

☐ **BY U.S. MAIL:** By enclosing the documents in a sealed envelope(s) or package(s) addressed to the persons at the addresses on the attached Service List, with postage thereon fully prepaid and:

  ☐ Deposited them with the United States Postal Service at Los Angeles, California.
  ☐ Placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at Los Angeles, California.

☐ **BY HAND:** By personally delivering a true copy thereof in sealed envelope(s) to the persons listed on the attached Service List. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY TELECOPY:** Based on an agreement of the parties to accept service by fax transmission, by transmitting a true copy thereof via telecopy machine to the persons listed on the attached Service List. No error was reported by the telecopy machine that I used.

☒ **BY OVERNIGHT (Overnight Express®):** By placing a true copy thereof in a sealed envelope(s) or package(s) provided by Overnight Express®, addressed to the persons listed on the attached Service List, and with written instructions for "next-day" delivery. I placed the envelope(s) or package(s) to be collected for delivery at a regularly-utilized Overnight Express® drop box.

☐ **BY E-MAIL/ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, by transmitting a true copy thereof I caused the documents to be sent to the persons at the e-mail addresses listed on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, and that I am employed in the office of a member of the Bar of this Court at whose discretion this service was made.

Executed on September 5, 2008 at Los Angeles, California.

/s/ R. D. Hayes

EX PARTE APPLICATION-POINTS AND AUTHORITIES-KORN DECLARATION

DAAR & NEWMAN

## SERVICE LIST

RICHARD L. CHARNLEY, ESQ.
ERNEST E. PRICE, ESQ.
ARNOLD E. SKLAR, ESQ.
TOMAS A. BURGOS III, ESQ.
Ropers, Majeski, Kohn & Bentley
515 South Flower Street
Suite 1100
Los Angeles, CA 90071
FAX: 213/312-2001

LEONARD S. MACHTINGER, ESQ.
Kenoff & Machtinger, LLP
1901 Avenue of the Stars
Suite 1775
Los Angeles, CA 90067
FAX: 310/277-0653