**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amir Cyrus Ahanchian, | Case No. **CV 07-6295-JFW (Ex)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Xenon Pictures, Inc., et al., | |
| Defendant. | |

The Court, having granted the Defendants' motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on all claims for relief alleged against them,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Amir Cyrus Ahanchian shall recover nothing from any of the named Defendants;

2. Defendants CKRush, Inc.; Sam Maccarone; Preston Lacy; and Xenon Pictures, Inc. shall have judgment in their favor on Plaintiff's entire action; and

3. Defendants shall recover from Plaintiff their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: September 10, 2008    _____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2