closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR CYRUS AHANCHIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>XENON PICTURES, INC., a California corporation; CKRUSH, INC., a Delaware corporation; SAM MACCARONE, an individual; PRESTON LACY, an individual; and DOES 1 through 10,, inclusive,<br><br>　　　　Defendants. | Case No.  CV 07-06295 JFW (Ex)<br><br>**AMENDED JUDGMENT**<br><br><br>*The Honorable John F. Walter* |

The Court, having granted the Defendants' motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on all claims for relief alleged against them.  Further, having also granted Defendants' motions for attorneys' fees,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff AMIR CYRUS AHANCHIAN shall recover nothing from any of the named Defendants;

2. Defendants CKRUSH, INC., SAM MACCARONE, PRESTON LACY and XENON PICTURES INC. shall have judgment in their favor on Plaintiff's entire action; and

3. Defendants CKRUSH, INC., SAM MACCARONE and PRESTON LACY are prevailing parties and are entitled to recover costs in the amount of $15,007.84 and are awarded their reasonable attorneys' fees in the amount of $148,077.60, for a total amount of $163,085.08. Defendant XENON PICTURES, INC. is also a prevailing party and is entitled to recover its respective costs in the amount of $2,104.47 and is awarded its reasonable attorneys' fees in the amount of $96,989.25, for a total amount of $99,093.72.

Dated: January 16, 2009

By: _____
Honorable John F. Walter
Judge, United States District Court