JEFFERY J. DAAR (SBN 105536)
jdaar@daarnewman.com
DAAR & NEWMAN
A Professional Law Corporation
865 South Figueroa Street, Suite 2300
Los Angeles, CA 90017-2565
Telephone: (213) 892-0999

Attorneys for Plaintiff
AMIR CYRUS AHANCHIAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

AMIR CYRUS AHANCHIAN, an individual,

Plaintiff,

vs.

XENON PICTURES, INC., a California corporation; CKRUSH, INC., a Delaware corporation; SAM MACCARONE, an individual; PRESTON LACY, an individual; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. CV 07-06295 JFW (Ex)

*Hon. John F. Walter*

JOINT STIPULATION OF DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE

Plaintiff AMIR CYRUS AHANCHIAN and Defendants CKRUSH, INC., XENON PICTURES, INC., SAM MACCARONE, and PRESTON LACY (collectively, the "Parties") hereby enter into this stipulation with reference to the following facts:

WHEREAS, the Parties have reached a settlement of the above-captioned Action and entered into a Settlement Agreement, which provides for the dismissal

///

of the action in its entirety, with prejudice, and that each party is to bear their own costs and attorneys fees;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their counsel of record, that the above-captioned action shall be dismissed, in its entirety, with prejudice.

DATED: January 10, 2011

JEFFERY J. DAAR
DAAR & NEWMAN
A Professional Law Corporation

By: /s/
JEFFERY J. DAAR
Attorneys for Plaintiff
AMIR CYRUS AHANCHIAN

DATED: January 10, 2011

RICHARD L. CHARNLEY, ESQ.
ERNEST E. PRICE, ESQ.
ARNOLD E. SKLAR, ESQ.
TOMAS A. BURGOS III, ESQ.
ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
TOMAS A. BURGOS III
Attorneys for Defendants CKRUSH, INC., SAM MACCARONE and PRESTON LACY

DATED: January 10, 2011

LEONARD S. MACHTINGER, ESQ.
KENOFF & MACHTINGER, LLP

By /s/
LEONARD MACHTINGER
Attorneys for Defendant
XENON PICTURES, INC.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 865 South Figueroa St., Suite 2300, Los Angeles, CA 90017-2565.

On January 10, 2011, I served the foregoing document(s) described as JOINT STIPULATION OF DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE on the interested parties to this action who are listed on the attached Service List.

☒ **BY U.S. MAIL:** By enclosing the documents in a sealed envelope(s) or package(s) addressed to the persons at the addresses on the attached Service List, with postage thereon fully prepaid and:

☒ Deposited them with the United States Postal Service at Los Angeles, California.

☐ Placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at Los Angeles, California.

☐ **BY HAND:** By personally delivering a true copy thereof in sealed envelope(s) to the persons listed on the attached Service List. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY TELECOPY:** Based on an agreement of the parties to accept service by fax transmission, by transmitting a true copy thereof via telecopy machine to the persons listed on the attached Service List. No error was reported by the telecopy machine that I used.

☐ **BY OVERNIGHT (Overnight Express®):** By placing a true copy thereof in a sealed envelope(s) or package(s) provided by Overnight Express®, addressed to the persons listed on the attached Service List, and with written instructions for "next-day" delivery. I placed the envelope(s) or package(s) to be collected for delivery at a regularly-utilized Overnight Express® drop box.

☐ **BY E-MAIL/ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, by transmitting a true copy thereof I caused the documents to be sent to the persons at the e-mail addresses listed on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, and that I am employed in the office of a member of the Bar of this Court at whose discretion this service was made.

Executed on January 10, 2011 at Los Angeles, California.

/s/
R. D. Hayes

**SERVICE LIST**

RICHARD L. CHARNLEY, ESQ.
ERNEST E. PRICE, ESQ.
ARNOLD E. SKLAR, ESQ.
TOMAS A. BURGOS III, ESQ.
Ropers, Majeski, Kohn & Bentley
515 South Flower Street
Suite 1100
Los Angeles, CA 90071
FAX: 213/312-2001

LEONARD S. MACHTINGER, ESQ.
Kenoff & Machtinger, LLP
1801 Century Park East
Suite 1520
Los Angeles, CA 90067
FAX: 310/277-0653