```
JEFFERY J. DAAR (SBN 105536)
jdaar@daarnewman.com
DAAR & NEWMAN
A Professional Law Corporation
865 South Figueroa Street, Suite 2300
Los Angeles, CA 90017-2565
Telephone: (213) 892-0999

Attorneys for Plaintiff
AMIR CYRUS AHANCHIAN
```

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR CYRUS AHANCHIAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>XENON PICTURES, INC., a California corporation; CKRUSH, INC., a Delaware corporation; SAM MACCARONE, an individual; PRESTON LACY, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. CV 07-06295 JFW (Ex)<br><br>*The Honorable John F. Walter*<br><br>ORDER ON STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE |

　　　The court, having reviewed the STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE in the above-captioned action made by all parties, and finding good cause,

　　　IT IS HEREBY ORDERED THAT the above captioned action, United States District Court for the Central District of California Case No. CV 07-06295 JFW (Ex), entitled *AMIR CYRUS AHANCHIAN, an individual, Plaintiff, vs. XENON PICTURES, INC., a California corporation; CKRUSH, INC.,*

1.
ORDER

*a Delaware corporation; SAM MACCARONE, an individual; PRESTON LACY, an individual; and DOES 1 through 10, inclusive, Defendants,* shall be and is hereby DISMISSED IN ITS ENTIRETY, WITH PREJUDICE.

DATED: January 12, 2011

                                              HON. JOHN F. WALTER
                                              United States District Court Judge